IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 JAN 31 PM 1:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| RONNIE HAWKINS, JR. and TANAKA SISTRUNK, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action Number<br>) 02-C-1578-S |
| WEAB-TV BROADCASTING COMPANY, INC., | ) |
| Defendant. | ) |

ENTERED FEB 3 2003

### FINDINGS OF FACT AND CONCLUSIONS OF LAW on PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

#### I. FINDINGS OF FACT

1. Plaintiffs Ronnie Hawklins, Jr. and Tanaka Sistrunk filed the complaint in this action on June 27, 2002.

2. Defendant WEAB TV Braodcasting Company, Inc., a corporation, was properly served with the Summons and Complaint on July 2, 2002.

3. Defendant's Answer was stricken by the Court on August 16, 2002, since it was not filed by an attorney-at-law. Thereafter, Defendant has not filed a responsive pleading in this action.

4. Defendant is not an incompetent, infant, or a members of the Armed Services of the United States.

5. On September 17, 2002, the Clerk of this Court entered Default against Defendant, with leave to prove damages..

9

6. Based on the Affidavit filed with the Court, Plaintiff Hawkins has lost unpaid wages in the amount of $ 13,200.00.

7. Plaintiff Sistrunk has lost unpaid wages in the amount of $19,200.00.

8. Plaintiffs have incurred attorney's fees in the amount of $ 1,459.50 for services rendered in this action.

## II. CONCLUSION OF LAW

Plaintiffs are entitled to a Default Judgment against Defendant in the amounts found in the preceding section.

Done this ___31st___ day of January, 2003.

_____
Chief United States District Judge
U.W. Clemon